# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL MITCHELL, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01663-KJD-GWF |
| vs. | ) | **ORDER** |
| RUM RUNNER, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On February 14, 2011, the Court ordered that Defendant file a Certificate as to Interested Parties as required by LR 7.1-1 on or before February 24, 2011 (Order #10). To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **March 10, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge