RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
700 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MITCHELL<br><br>        Plaintiff,<br><br>vs.<br><br>RUM RUNNER, INC., DOES I through V, and DOE<br><br>        Defendant. | Case No. 2:10-cv-01663-KJD-RJJ |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Having agreed to settle this matter, Plaintiff Michael Mitchell and Defendant Rum Runner, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.

Each party shall bear their own fees and costs for the claims and causes of action dismissed by this Stipulation and Order.

/

A Trial has not been scheduled in this matter.

DATED this 6th day of September, 2011.

Richard Segerblom, Ltd.                    Lynne & Associates

/s/ Richard Segerblom                      /s/ Jill M. Lynne, Esq.
Richard Segerblom, ESQ.                    Jill M. Lynne, Esq.
700 S. Third Street                        5512 South Fort Apache, Suite 120
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89148
Attorney for Plaintiff                     Attorney for Defendant

IT IS SO ORDERED.

DATED: September 20, 2011

_____
UNITED STATES DISTRICT JUDGE

2